176 A.3d 217

IN THE MATTER OF THE EXPUNGEMENT OF THE AR-REST/CHARGE RECORDS OF T.B. IN THE MATTER OF THE EXPUNGEMENT OF THE ARREST/CHARGE RECORDS OF J.N.-T. IN THE MATTER OF THE EXPUNGEMENT OF THE ARREST/CHARGE RECORDS OF R.C. (R.C.-PETITIONER)

C–275 September Term 2017
079813

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1516/1517/1518–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may electronically serve and file a supplemental brief on or before January 18, 2018, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if

appellant declines to file such a submission, on or before March 5, 2018.